AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22-mj-00029 |
| Sterling Carter | ) Assigned to: Judge Faruqui, Zia M. |
|  | ) Assign Date: 2/14/2022 |
|  | ) Description: COMPLAINT W/ ARREST WARRAN |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Sterling Carter,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 641 (Theft of Government Funds)

Date:   02/14/2022

*Issuing officer's signature*

Zia M. Faruqui
2022.02.14
14:30:25 -05'00'

City and state:   Washington, DC

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 02/14/2022, and the person was arrested on *(date)* 02/23/2022
at *(city and state)* STATESTSGRG, CA.

Date: 02/23/2022

SA R. Cj Smith, FBI
*Arresting officer's signature*

SA R. CRAIG SMITH, FBI
*Printed name and title*