# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 1:22-cr- |
| v. ) | |
| ) | VIOLATION: |
| STERLING CARTER, ) | Count One: 18 U.S.C. § 641 |
| ) | (Theft of Public Funds) |
| Defendant. ) | |
| ) | |

## INFORMATION

The United States of America charges that:

## COUNT ONE

Between in or about November 2019, and in or about January 2021, in the District of Columbia, and elsewhere, the defendant, STERLING CARTER, willfully and knowingly did steal and purloin more than $1,000 of money of the United States, the United States House of Representatives, and the Office of Congressman A, that is, CARTER caused the United States, the United States House of Representatives, and the Office of Congressman A to pay him a salary and bonuses greater than the amounts authorized by Congressman A or Congressman A's Chief of Staff by falsifying Payroll Authorization Forms and submitting those forms bearing a fraudulent signature of Congressman A to the House Office of Payroll and Benefits.

(In violation of Title 18, United States Code Section 641)


COREY R. AMUNDSON  
Chief, Public Integrity Section

*Nicole Lockhart*  
Nicole Lockhart  
Jordan Dickson  
Trial Attorneys  
U.S. Department of Justice

MATTHEW M. GRAVES  
United States Attorney

/s/ Molly Gaston  
Molly Gaston  
Fraud, Public Corruption, and Civil Rights Section  
U.S. Attorney's Office  
555 4th St. NW

Criminal Division, Public Integrity Section
1301 New York Ave. NW, Suite 1000
Washington, D.C. 20530
(202) 330-1885 (Lockhart)
(202) 597-0508 (Dickson)

Washington, D.C. 20530
(202) 252-7803